**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lee Es Burgeles, ) | No. CV-08-0680-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| The Honorable Janet Napolitano,) | |
| Governor of Arizona etc., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On April 10, 2008, the undersigned ordered Plaintiff to, among others, "file an Amended Complaint on or before **Friday, April 25, 2008** that complies in all aspects with [that] Order, Rule 8(a), FED.R.CIV.P., and the Local Rules of Practice or this lawsuit may be dismissed without prejudice." (docket # 4 at 6)  The Court directed that the Amended Complaint "shall set forth an independent basis for federal jurisdiction of Plaintiff's case [or] failure to allege an independent basis for federal jurisdiction of this case may result in the dismissal" of this case without prejudice pursuant to Rule 12(h)(3), FED.R. CIV.P. (*Id*. at 4)  To date, an Amended Complaint has not been filed, indicating the specific basis for federal jurisdiction.

On the Court's own motion,

1    **IT IS ORDERED** that Defendant show cause in writing on or before **5:00
2    p.m. on May 16, 2008** why this lawsuit should not be dismissed without prejudice due to the
3    absence of federal jurisdiction and non-compliance with the Court's April 10, 2008 Order.
4    Dated this 5th day of May, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge