**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lee Es Burgeles, | No. CV-08-0680-PHX-LOA |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| The Honorable Janet Napolitano, Governor of Arizona etc., | |
| Defendant. | |

On the Court's own Motion,

**IT IS ORDERED amending** the Court's Order dated May 5, 2008 (docket #6) to reflect that Plaintiff, instead of Defendant, shall show cause in writing on or before **5:00 p.m. on Monday, May 19, 2008**, instead of May 16, 2008, why this lawsuit should not be dismissed without prejudice due to the absence of federal jurisdiction and non-compliance with the Court's April 10, 2008. order.

**IT IS FURTHER ORDERED affirming** all other aspects of the Court's Order dated May 5, 2008 (docket #6) except as set forth above.

DATED this 12th day of May, 2008.

Lawrence O. Anderson
United States Magistrate Judge